Fill in this information to identify the case:

Debtor name: **HAGA-MOF LLC**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF MISSOURI**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADT<br>PO Box 872987<br>Kansas City, MO 64187 | | trade debt | | | | $11,914.24 |
| Board of Municipal Utilities<br>92252 Sikeston BMU<br>PO Box 370<br>Sikeston, MO 63801 | | utilities | | | | $5,678.91 |
| Breihan Properties LLC.<br>8330 Watson Road Suite 200<br>Saint Louis, MO 63119 | | payment under lease agreement - Arnold | | | | $13,611.76 |
| C&R Communications<br>234 Bluestem Lane<br>O Fallon, MO 63366 | | trade debt | | | | $6,298.54 |
| Fourth Enterprises, LLC<br>PO Box 8031<br>Carol Stream, IL 60197 | | trade debt | | | | $14,356.80 |
| Interface Security Systems, LLC.<br>8339 Solutions Center<br>Chicago, IL 60677 | | trade debt | | | | $18,580.51 |
| IPFS Corporation<br>24722 Network Place<br>Chicago, IL 60673 | | trade debt | | | | $5,856.18 |
| Jerry's Air Conditioning Company<br>6424 Wayne Dr.<br>Imperial, MO 63052 | | trade debt | | | | $11,980.00 |

Debtor **HAGA-MOF LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kitchen Solutions, inc.**<br>**4437 Country Sunriise Road**<br>**High Ridge, MO 63049** | | | | $8,865.34 | $0.00 | $8,865.34 |
| **LJS Graham Road, LLC**<br>**11661 San Vincente Blvd.**<br>**10th Floor**<br>**Los Angeles, CA 90049** | | | | | | $7,952.45 |
| **Long John Silver's Advertising**<br>**P.O. Box 950106**<br>**Louisville, KY 40295** | | franchise fees | | | | $82,277.60 |
| **Long John Silver's LLC**<br>**10350 Ormsby Park Place**<br>**Suite 300**<br>**Louisville, KY 40223** | | franchise fees | | | | $218,945.94 |
| **McLane Foodservices**<br>**2085 Midway Road**<br>**Carrollton, TX 75006** | | trade debt | | | | $99,245.33 |
| **Missouri Department of Revenue**<br>**Bankruptcy Unit**<br>**P.O. Box 475**<br>**301 W. High Street**<br>**Jefferson City, MO 65105-4750** | | sales tax | | | | $724,945.11 |
| **Missouri Department of Revenue**<br>**Bankruptcy Unit**<br>**P.O. Box 475**<br>**301 W. High Street**<br>**Jefferson City, MO 65105-4750** | | all assets | | $149,030.52 | $0.00 | $149,030.52 |
| **Missouri Department of Revenue**<br>**Bankruptcy Unit**<br>**P.O. Box 475**<br>**301 W. High Street**<br>**Jefferson City, MO 65105-4750** | | all assets | | $127,524.19 | $0.00 | $127,524.19 |

Debtor **HAGA-MOF LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Missouri Department of Revenue Bankruptcy Unit P.O. Box 475 301 W. High Street Jefferson City, MO 65105-4750** | | all assets | | $90,427.51 | $0.00 | $90,427.51 |
| **Missouri Division of Employment Security 421 East Dunklin Street P.O. Box 59 Jefferson City, MO 65104** | | | | $10,435.24 | $0.00 | $10,435.24 |
| **New Madrid County Collector PO BOX 249 New Madrid, MO 63869** | | Sales Tax | | | | $6,734.38 |
| **NuCO2 120 Frisella Ct A Imperial, MO 63052** | | trade debt | | | | $10,678.68 |