**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 24-10077-357** |
| | ) | **Chapter 11** |
| **HAGA-MOF, LLC,** | ) | |
| **d/b/a Long John Silvers,** | ) | **Subchapter V** |
| | ) | |
| **Debtor.** | ) | **Related to Doc. 179** |

## ORDER DISMISSING CASE

On May 27, 2026, this Court entered its Order Granting Debtor's Motion to Approve Stipulated Dismissal of Case (Doc. 179).  The Order directed the Debtor to immediately tender all funds to the Subchapter V Trustee for payment of the administrative claims specified in the Order. On July 1, 2026, the Subchapter V Trustee filed his Chapter 11 Subchapter V Trustee's Final Report and Account (Doc. 180) certifying that all of the administrative claims specified in the Order had been paid from the funds tendered by the Debtor, and that all administrative matters for which the Trustee is responsible have been completed.

Accordingly, IT IS HEREBY ORDERED THAT this Chapter 11 case is **DISMISSED**.


Dated:  July 8, 2026
St. Louis, Missouri                                      Brian C. Walsh
cjs                                                      United States Bankruptcy Judge


Order Prepared by:

Stephen D. Coffin, # 31700MO
Subchapter V Trustee
The Small Business Law Center [®]
2705 St. Peters-Howell Rd, Suite A
St. Peters, MO 63376
(636) 244-5252 Telephone
(636) 486-1788 Fax
scoffin@tsblc.com

Copies to:

**Spencer P. Desai**
The Desai Law Firm, LLC
13321 North Outer Forty Road
Suite 300
St. Louis, MO 63017-5945
ATTORNEY FOR DEBTOR

**HAGA-MOF, LLC**
2304 Russell Blvd
St. Louis, MO 63104-2609
DEBTOR

**Office of U.S. Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

**Stephen D. Coffin**
The Small Business Law Center
2705 St. Peters-Howell Rd
Suite A
St. Peters, MO 63376
SUBCHAPTER V TRUSTEE

**ALL CREDITORS AND PARTIES IN INTEREST LISTED ON THE MATRIX**

2